

FILED

AUG 0 1 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. W13CA235 |
| GARY JOLLY, | § § | |
| Respondent. | § § | |

## PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

Petitioner, United States of America, on behalf of its agency the Internal Revenue Service ("IRS"), by and through its undersigned counsel, hereby respectfully represents as follows:

1. This Court has jurisdiction over the subject matter of this action and is empowered to issue appropriate process upon application by the United States pursuant to the provisions of 26 U.S.C. §§ 7402 and 7604, and 28 U.S.C. § 1345.

2. On April 4, 2013, under the authority of 26 U.S.C. § 7602, Internal Revenue Service summons ("Summons") was severed to Gary Jolly ("Respondent"). The original and/or a true and correct copy of the Summons with Certificate of Service of Summons is attached hereto marked as **Exhibit A** and is incorporated herein by reference. The Summons was served upon Respondent as indicated in the Certificate of Service of Summons, as required by 26 U.S.C. §7603. An appropriate Affidavit and/or Declaration of the IRS Revenue Officer assigned to handle this matter is also attached hereto marked as **Exhibit B** and is incorporated herein by reference.

3. The Summons required Respondent to appear and give testimony relating to the tax liability and/or the collection of the tax liability for the periods designated and to bring and produce for examination by the IRS the items set out in the Summons to the IRS office shown on the Summons as the place for appearance.

4. The Respondent failed to appear at the time and place designated by the Summons and failed to produce the required items set out in the Summons.

5. The information sought by the IRS and not produced by Respondent in accordance with the Summons is either not in the possession of the IRS, or if in the possession of the IRS, is in a non-retrievable file system and/or is not readily accessible without undue administrative burden and expense.

WHEREFORE, Petitioner United States of America, respectfully requests that this Court enter an Order requiring the Respondent, Gary Jolly, to appear before the IRS Revenue Officer assigned to handle this matter at a date and hour to be determined by the Court to give testimony and produce for examination the aforementioned items set out in **Exhibit A**, and/or appear before this Court at a date and hour to be designated by the Court to show cause, if any Respondent can, why Respondent should not be directed by the Court to appear and produce the items set out in **Exhibit A** and to testify.

Respectfully submitted,

**ROBERT PITMAN**
United States Attorney

By: _____
**STEVEN B. BASS**
Florida Bar No. 767300
816 Congress Avenue, Suite 1000
Austin, Texas 78701
Telephone: (512) 916-5858
Fax: (512) 916-5854
steven.bass@usdoj.gov

ATTORNEY FOR PETITIONER
UNITED STATES OF AMERICA



# Summons

In the matter of  **Gary Jolly 308 Audrey Ave Waco, TX 76705**
Internal Revenue Service (Division): **Small Business / Self Employed**
Industry/Area (name or number): **Small Business / Self Employed - Area 25**
Periods:   **December 31, 2009, December 31, 2010, December 31,2011 & December 31, 2012**

## The Commissioner of Internal Revenue

To:   **Gary Jolly**
At:   **308 Audrey Ave Waco , TX 76705**

You are hereby summoned and required to appear before F. STEWART, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents and records in your possession or control reflecting the receipt of taxable income by you for the year(s) December 31, 2009, December 31, 2010, December 31,2011 & December 31, 2012, including but not limited to: statement of wages for the year(s) December 31, 2009, December 31, 2010, December 31,2011 & December 31, 2012, statements regarding interest or dividend income for the year(s) December 31, 2009, December 31, 2010, December 31,2011 & December 31, 2012; employee earnings statements for the year(s) December 31, 2009, December 31, 2010, December 31,2011 & December 31, 2012; records of deposits to bank accounts during the year(s) December 31, 2009, December 31, 2010, December 31,2011 & December 31, 2012; and any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services (including gains from dealings in property, interest, rental, royalty and dividend income, alimony, annuities, income life insurance policies and endowment contracts, pensions, income from the discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust), so that Federal Income Tax liability for the year(s) December 31, 2009, December 31, 2010, December 31,2011 & December 31, 2012 (for which year(s) no return have been made) may be determined.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
 6801 SANGER AVE., SUITE 260, WACO, TX 76710-7818 - (254)741-2380 x242

**Place and time for appearance at**   6801 SANGER AVE., SUITE 260, WACO, TX 76710-7818

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039(Rev. 10-2010)
Catalog Number 21405J

on the  3rd  day of  May , 2013  at  10:00  o'clock  A  m.
Issued under authority of the Internal Revenue Code this  3rd   day of April           , 2013

F. STEWART
Signature of Issuing Officer

REVENUE OFFICER
Title

Signature of Approving Officer *(if applicable)*

Title

**Ex. A**

Original -- to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 4/4/2013   Time: 10:17

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

Signature: [signed]   Title: Revenue Officer

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____   Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

Signature: _____   Title: _____

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

Signature: _____   Title: _____

Form **2039** (Rev. 10-2010)

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, and **Petitioner** v. Garry Jolly **Respondent.** | ) ) ) ) ) ) **Civil Action No.** ) ) ) ) ) |

## DECLARATION

F. STEWART declares:

1. I am a duly commissioned revenue officer employed in the Small Business/Self-Employed Division Gulf States Compliance Area of the Internal Revenue Service at 6801 SANGER AVE., SUITE 260, WACO, TX 76710-7818.

2. In my capacity as a revenue officer I am conducting an investigation into the tax liability GARY JOLLY for the calendar year(s) ended: December 31, 2010, December 31, 2011 & December 31, 2012 .

3. In furtherance of the above investigation and in accordance with Section 7602 of Title 26, U.S.C., I issued on 04/03/2013, an administrative summons, Internal Revenue Service Form 2039, to Gary Jolly, to give testimony and to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit A.

4. In accordance with Section 7603 of Title 26, U.S.C., on 04/04/2013, I served an attested copy of the Internal Revenue Service summons described in Paragraph (3)

**Ex. B**

above on the respondent, Gary Jolly, by leaving a copy at last and usual place of abode, as evidenced in the certificate of service on the reverse side of the summons.

5   On 04/04/2013, I served the notice required by Section 7609(a) of Title 26, U.S.C., on Gary Jolly, by leaving a copy at last and usual place of abode, as evidenced in the certificate of service of notice on the reverse side of the summons.

6.   On 05/03/2013, the respondent Gary Jolly, did not appear in response to summons. The respondent's refusal to comply with the summons continues to the date of this declaration.

7.   The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

8.   All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

9.   It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order to properly investigate the federal tax liability of GARY JOLLY for the calendar year(s) ended December 31, 2010, December 31, 2011 & December 31, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of July, 2013.

_____
F. STEWART, REVENUE OFFICER

2