UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. W-13-CA-235-WSS |
| | § | |
| GARY JOLLY, | § | |
| | § | |
| Respondent. | § | |

## ORDER OF DISMISSAL

This matter is before the Court on the Petition to Enforce Internal Revenue Service Summons filed by Petitioner United States of America in the above-styled civil action; and at the request of petitioner, the United States was unable to effectively serve respondent, therefore with the concurrence of undersigned counsel for Petitioner, it is this day,

ORDERED that this action be, and hereby is, DISMISSED without prejudice, each party to bear its own costs.

SIGNED this 19th day of September, 2013.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE

_____
Steven B Bass
Assistant US Attorney